Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant EGS Financial Care, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>EGS FINANCIAL CARE, INC.; DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 17-CV-00473-DAD-JLT<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [P~~ROPOSED~~] ORDER<br><br>(Doc. 5) |

It is hereby stipulated by Plaintiff Laurence Clayton and Defendant EGS Financial Care, Inc. ("EGS"), through undersigned counsel, that EGS shall have a

three-week extension of time to respond to the Complaint, up to and including May 26, 2017.

The extension is needed to allow defense counsel time to investigate Plaintiffs' claims in preparation for responding to the Complaint, and for the parties to evaluate the prospects for early resolution of this matter. This stipulation is made in good faith and not for any purpose of delay.

IT IS SO STIPULATED.

Dated: 5/2/17      LAW OFFICES OF TODD M. FRIEDMAN, P.C.
*/s/Todd M. Friedman*
Todd M. Friedman
Attorney for Plaintiff
Laurence Clayton

Dated: 5/2/17      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
EGS Financial Care, Inc.

IT IS SO ORDERED.

Dated: **May 3, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE